**SEALED**

MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTIN VENEGAS-LOPEZ<br><br>Defendant. | CASE NO. 1:20-cr-00164-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 17, 2020, charging the above defendant with 8 U.S.C. §§ 1326 (a) and (b)(1) be kept secret until the defendant named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendant are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Motion to Seal Indictment                     1

```
DATED: September 17, 2020
                                        Respectfully submitted,

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                              By        /s/Joseph Barton
                                        JOSEPH BARTON
                                        Assistant U.S. Attorney


     IT IS SO ORDERED.

Dated:   September 17, 2020


                                       _____
                                       U.S. Magistrate Judge
```