MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br> v. <br><br> VALENTIN VENEGAS-LOPEZ, <br><br> Defendant. | CASE NO. 1:20-CR-00164-DAD-BAM <br><br> UNITED STATES' MOTION TO UNSEAL INDICTMENT, ARREST WARRANT, AND OTHER COURT FILINGS |

The United States hereby moves this Court to unseal the Indictment, Arrest Warrant, and other court filings in this case. The defendant was arreseted on September 24, 2020. The defendant is scheduled to make his initial appearance on September 25, 2020. Therefore, the court filings must be unsealed to advise the defendant in open court of the charges against him.

DATED: September 24, 2020

                                                    MCGREGOR W. SCOTT
                                                    United States Attorney

                                                    */s/ Joseph Barton*
                                                    JOSEPH BARTON
                                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br>    v.<br><br>VALENTIN VENEGAS-LOPEZ,<br><br>            Defendant. | CASE NO. 1:20-CR-00164-DAD-BAM<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the Indictment, Arrest Warrant, and related court filings in the above case be UNSEALED.

IT IS SO ORDERED.

Dated:   **September 24, 2020**          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

2