HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-cr-00164-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| VALENTIN VENEGAS-LOPEZ, | DATE: November 23, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for November 23, 2020 at 1:00 p.m., may be continued until January 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced approximately 288 pages of discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through January 13, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

IT IS SO STIPULATED.

Dated: November 16, 2020

/s/ Jaya Gupta
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Valentin
Venegas-Lopez

Dated: November 16, 2020

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:20-cr-00164-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| VALENTIN VENEGAS-LOPEZ, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for November 23, 2020 at 1:00 p.m. is continued until **January 13, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through January 13, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 16, 2020**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

3

Venegas-Lopez – Stipulation to Continue