HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. VALENTIN VENEGAS-LOPEZ, Defendant. | No. 1:20-cr-00164-DAD-BAM  STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER  DATE: March 10, 2021 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for January 13, 2021 at 1:00 p.m., may be continued until March 10, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced approximately 288 pages of discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through March 10, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

1  The parties further agree that the ends of justice served by taking this action outweigh the best
2  interests of the public and of the Defendant to a speedy trial.
3      IT IS SO STIPULATED.
4
5  Dated:  January 6, 2021

          */s/ Jaya Gupta*
6            JAYA GUPTA
          Assistant Federal Defender
7            Counsel for Defendant Valentin Venegas-Lopez
8
9  Dated:  January 6, 2021

          */s/ Joseph Barton*
10           JOSEPH BARTON
          Assistant United States Attorney
11           Counsel for Plaintiff
          United States of America
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Venegas-Lopez-
Stipulation to Continue

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:20-cr-00164-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| VALENTIN VENEGAS-LOPEZ, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for January 13, 2021 at 1:00 p.m. is continued until March 10, 2021, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The period through March 10, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **January 6, 2021**               /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

Venegas-Lopez-
Stipulation to Continue

3