HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTIN VENEGAS-LOPEZ,<br><br>Defendant. | Case No. 1:20-cr-00164 DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER<br><br>DATE:   July 12, 2021<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for July 12, 2021 at 10:00 a.m., be continued to August 16, 2021, at 10:00 a.m., before the Honorable Dale A. Drozd.

//

The defense requires additional time to conduct investigation relating to sentencing. The parties agree that a sentencing date of August 16, 2021, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to August 16, 2021 is requested by the parties.

IT IS SO STIPULATED.

Dated:  June 14, 2021

                                                */s/ Jaya Gupta*
                                                JAYA GUPTA
                                                Assistant Federal Defender
                                                Counsel for Defendant Valentin Venegas-Lopez

Dated:  June 14, 2021

                                                */s/ Joseph Barton*
                                                JOSEPH BARTON
                                                Assistant United States Attorney
                                                Counsel for Plaintiff
                                                United States of America

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for July 12, 2021 at 10:00 a.m. is continued to August 16, 2021, at 10:00 a.m., before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **June 14, 2021**

                                                UNITED STATES DISTRICT JUDGE