1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   VALENTIN VENEGAS-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00164 DAD-BAM |
|---|---|
| Plaintiff, | SECOND STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| VALENTIN VENEGAS-LOPEZ, | DATE:  August 16, 2021 |
| Defendant. | TIME:  10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for August 16, 2021 at 10:00 a.m., be continued to October 18, 2021, at 10:00 a.m., before the Honorable Dale A. Drozd.

//
//
//
//
//
//
//

The defense requires additional time to conduct investigation relating to sentencing. The parties agree that a sentencing date of October 18, 2021, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to October 18, 2021 is requested by the parties.

IT IS SO STIPULATED.

Dated:  July 19, 2021

    */s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Valentin Venegas-Lopez

Dated:  July 19, 2021

    */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for August 16, 2021 at 09:00 a.m. is continued to October 18, 2021, at 10:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated:  **July 19, 2021**

UNITED STATES DISTRICT JUDGE